**Entered on Docket**
**June 03, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed June 3, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    No. 14-42090
                                         Chapter 7
Malika Abia Alim,

         Debtor.
_____/

**MEMORANDUM REGARDING REQUEST FOR EXTENSION OF TIME TO COMPLETE CREDIT COUNSELING**

The Debtor filed the above-captioned chapter 7 case on May 13, 2014 (Doc. 1). On May 27, 2014, the Debtor filed a *Motion* requesting an extension of time to take and complete the Consumer Credit Counseling course (Doc. 1). The Debtor's *Motion* includes exigent circumstances and sympathetic facts. The Chapter 7 Trustee has 10 days to respond to the *Motion*. If no response is filed in 10 days the Court will grant the *Motion*.

*END OF MEMORANDUM*

COURT SERVICE LIST

Malika Abia Alim
1032 Union Street
Oakland, CA 94607

Paul Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612